Semnar & Hartman, LLP
Babak Semnar, Esq. (#224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman (#254860)
jared@sandiegoconsumerattorneys.com
400 S. Melrose Drive, Suite 209
Vista, California 92081
Telephone: (951) 293-4187
Fax: (888) 819-8230

Attorneys for Plaintiff,
CORNELIUS BANKS

**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORNELIUS BANKS, an individual, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; <br><br> Defendants. | Case No.: 5:16-cv-01656-GHK (SSx) <br><br> **JOINT NOTICE OF SETTLEMENT, REQUEST TO VACATE PENDING DATES/DEADLINES/HEARINGS, AND FOR THE COURT TO RETAIN JURISDICTION FOR 60 DAYS FOR THE PARTIES TO FINALIZE EXECUTION** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the parties herein, Plaintiff CORNELIUS BANKS (hereinafter "Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC (hereinafter "Defendant"), collectively referred to as "the Parties", jointly submit the instant Notice of Settlement.

The Parties jointly request that the Court vacate all pending dates/deadlines/hearings.

///

///

///

JOINT NOTICE OF SETTLEMENT

However, in order to finalize all written agreements and to fully execute the terms of settlement, the Parties jointly request that the Court retain jurisdiction for a period of 60 days to enforce the terms of the settlement if necessary.

DATED: 10/19/2016                    SEMNAR & HARTMAN, LLP

/s/ *Jared M. Hartman*
JARED M. HARTMAN, Esq.
Attorneys for Plaintiff,
CORNELIUS BANKS

DATED: 10/19/2016                    NOKES & QUINN,
A Professional Law Corporation

/s/ *Thomas P. Quinn*
THOMAS P. QUINN, Esq.
Attorneys for Defendant,
EQUIFAX INFORMATION SERVICES, LLC