JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS BANKS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants. | CASE NO. ED CV 16-1656 GHK (SSx)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **60 days**, to reopen the action if settlement is not consummated.

Dated: 10/20/16

_____
GEORGE H. KING
United States District Judge